IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    Plaintiff,            )<br>                          )<br>    v.                    )<br>                          )<br>**HYUNDAI MOTOR**             )<br>**MANUFACTURING ALABAMA,**    )<br>**LLC**                       )<br>    Garnishee,            )<br>                          )<br>**KWANTRICE THORNTON,**       )<br>                          )<br>    Defendant.            ) | MISC. ACTION NO.<br>2:15mc3714-MHT<br>(WO) |

### DISMISSAL ORDER

Upon consideration of the government's motion to dismiss the writ of garnishment (doc. no. 5), it ORDERED that the motion is granted, and the writ of garnishment (doc. no. 2) is dismissed.

This case is closed.

DONE, this the 16th day of November, 2020.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**